**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6037**

———————

DAVID COPPEDGE,

                                  Petitioner - Appellant,

     versus

RON ANGELONE, Director of the Department of
Corrections,

                                  Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. James C. Cacheris, Senior
District Judge. (CA-01-640-AM)

———————

Submitted: July 18, 2002          Decided: July 23, 2002

———————

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

David Coppedge, Appellant Pro Se. Linwood Theodore Wells, Jr.,
Assistant Attorney General, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David Coppedge seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  Coppedge v. Angelone, No. CA-01-640-AM (E.D. Va. Dec. 12, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED